



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

APR 01 2016 EAG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Eiaisa S. Junious

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16-cv-3975
Judge John J. Tharp Jr.
Magistrate Judge Maria Valdez
PC 1

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Cook County Officer - Smith

Sergant - Day

Social Worker - K. Rupent        Grievance Personnel - Susan Shebel

Superintendant - Martinez

Medical Director - Doctor Manilla

Cheif of Cook County Jail - Tom Dart

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:              **AMENDED COMPLAINT**

   ✓         **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             **U.S. Code** (state, county, or municipal defendants)

   _____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
             **28 SECTION 1331 U.S. Code** (federal defendants)

   _____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Ciaisa Sherwin Junious

   B. List all aliases: _____

   C. Prisoner identification number: 20160125031

   D. Place of present confinement: Cook County Correctional ~~[crossed out]~~

   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Smith

   Title: Cook County Sheriff — Division 2

   Place of Employment: 2600 S. California Avenue

   B. Defendant: Day

   Title: Sergant — Division 2

   Place of Employment: 2600 S. California Avenue

   C. Defendant: K. Rupent

   Title: Social Worker — Division 2

   Place of Employment: 2600 S. California Avenue

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

d. Defendant: ~~Sw~~ Martinez
   Title: Superintendant – Division 2
   place of employment: 2600 S. California Avenue


E. Defendant:
   Title: Medical Director – Cermak Health Services
   place of employment: 2600 S. California


F. Defendant: Tom Dart
   Title: Cheif of Cook County Jail
   place of employment: 2600 S. California


G. Defendant: Susan Shebel
   Title: Grievance Personnel Division 2
   Place of employment: 2600 S. California

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date January 26, 2016. I Eiaisa C. Junious an inmate of Cook County Department of Corrections was in bad pain do to a tooth ache causing my gums around my tooth to swell and making it painful to eat as well as random head aches and ear aches. I put in a health service request form to make an appointment to see the dentist in hope to be seen as soon as possible because of my level of need.

72 hours later, January 29, 2016. I spoke with the tier officer of division 2-3-AA named C/O Smith and the Sergant named Day about my health service request and if it was something they could do to get me to the dentist because my toothache was getting worse. Both the C/O and sergant mentioned it was nothing they could do about it that I would have to wait until I was called or submit another request form. I asked for another form and C/O Smith told me it was none at the time. I was told this for two days or so after that.

On Feburary 1, 2016 I asked for a grievance, filled it out and the social worker K. Rupent collected them on Feburary 2, 2016 and returned my copy. I filed the complaint because C/O Smith,

4

Reviewed: 8/2013

Sergant Day, Superintendant Martinez, medical director Dator Manilla, and the chief of cook county department of corrections Tom Dart are all responsible for my safety and health needs at all times, yet failed to resolve my health issue putting it off as something that was an non-emerency.

Susan Shebel has been added to this complaint because she is responsible for handling the grievances.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Compensated for prunity damages $150,000.00.
2. Pain and suffering $200.00 per day

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __3__, 20__16__

_Eiaisa Junious_
(Signature of plaintiff or plaintiffs)

_Eiaisa Junious_
(Print name)

_20160125031_
(I.D. Number)

_P.O. Box 089002_
_Chicago, IL 60608_
(Address)

Reviewed: 8/2013

STATE OF ILLINOIS)
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
)
) CASE NO. _____
vs )
)
_____ )
DEFENDANT )

## AFFIDAVIT

Now comes the Defendant, and respectfully moves this honorable Court to grant this affidavit for the following:

I Mark Young witnessed detainee Eigisa Junious in bad pain for several nights. I asked the indiviual what was wrong and he told me he had a toothache and needed some pain pills until he could see the dentist. I really believe this was a violation of this man rights by not getting any medical treatment after 72 hours of requesting dental treatment and a medical violation of a 735 statue which neglect and malpractice and a 730 statue which is a facility violation and the 8th and 14th amendment of his constitutional rights

Signed,

Mark Young

"Exhibit 3"

Case: 1:16-cv-03975 Document #: 6 Filed: 04/08/16 Page 9 of 10 PageID #:34



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # : _____   INMATE ID # : 2016012502\[?\]

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☑ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME: Junious
PRINT - FIRST NAME: Eiaisa
INMATE BOOKING NUMBER: 20160125021
DIVISION: 2
LIVING UNIT: 3-AA
DATE: 2-2-2016

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT: 1-26-2016
TIME OF INCIDENT: 12pm
SPECIFIC LOCATION OF INCIDENT: 2-3-AA

I put a request in for dental because I was having pain in my teeth and got no response and I'm still undergoing severe pain, which violates my constitutional rights and a violation of 735 statue.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

I'm requesting to be compensated for my pain and suffering and the person responsible for recieving the request and making the dental appointment to be fired.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE AND DATE: Eiaisa Junious

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): K. Rupert
SIGNATURE: Rupert
DATE CRW/PLATOON COUNSELOR RECIEVED: 2/3/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): _____
SIGNATURE: _____
DATE REVIEWED: _____

"Exhibit 1"

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE** 0449267
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** N/A

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Junious | Elausa | 20160125031 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
050- Dental Treatment

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO** (Example: Superintendent, Cermak Health services, Personnel):
Cermak

**DATE REFERRED:** 2/15/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
There is no record of a HSRF requesting dental services. Please submit a HSRF. Grievance process is not a vehicle for seeking damages.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel RN | | 2/16/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE** (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE** *(Firma del Preso)*:

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida):* 2/21/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* ___/___/___

**INMATE'S BASIS FOR AN APPEAL** *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐   No ☐

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | ___/___/___ |

**INMATE SIGNATURE** *(Firma del Preso)*:

**DATE INMATE RECEIVED APPEAL RESPONSE:**
*(Fecha en que el Preso recibio respuesta a su apelacion):* ___/___/___

"Exhibit 2"

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE